# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
David Munoz-Saenz     PRINCIPAL
A202 084 747     YOB: 1982
the United Mexican States

United States District Court
Southern District of Texas
FILED
SEP 1 2 2014
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

**M-14-1781-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Maria Victoria Guardado-Castaneda, citizen and national of El Salvador and Julio Perez-Puac, citizen and national of Guatemala, along with sixteen (16) other undocumented aliens, for a total of eighteen (18), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Pharr, Texas to the point of arrest near Pharr, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 11, 2014, Border Patrol Agents apprehended a group of 19 undocumented aliens in close proximity to the Rio Grande River. All 19 illegal aliens were transported to the Weslaco Border Patrol Station for processing.

At the station, all 19 subjects were interviewed, and one person was identified as the group's footguide. Two material witnesses were secured against David Munoz-Saenz.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*Approved by*
*Joseph Leonard*

*(signature)*
Signature of Complainant

**Eduardo Cortez       Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**September 12, 2014**                                  at   **McAllen, Texas**
Date                                                         City and State

**Dorina Ramos       , U. S. Magistrate Judge**            *(signature)*
Name and Title of Judicial Officer                          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-1781-M**

**RE:** David Munoz-Saenz                    A202 084 747

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

David Munoz-Saenz was read his rights. He stated he was not willing to provide a statement without the presence of an attorney.

**MATERIAL WITNESS STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide a statement without the presence of an attorney.

**1-** Maria Victoria Guardado-Castenada stated she made arrangements to pay a total sum of $7,000 (USD) in order to be smuggled to the United States. Guardado told agents that after illegally crossing the Rio Grande River, the foot guide gave her instructions to follow him and stay quiet. According to Guardado, she followed the foot guide for approximately two (2) hours and was told to hide in the brush to avoid apprehension. Guardado identified MUNOZ in a photo lineup as the foot guide.

**2-** Julio Perez-Puac told agents he made arrangements with a well-known smuggler in Guatemala. He stated that he was to pay a total of $4,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, the foot guide told the group to follow him and not to make any noise. Additionally, Perez stated that the foot guide told him and others not to say he was the foot guide because he would have them killed next time they would try to cross into the United States. Perez further stated that they walked for about one (1) hour before being apprehended. Perez identified MUNOZ, in a photo lineup as the foot guide.